# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Richard ZAMORA,<br><br>　　　　　　Defendant. | Case No.:  22MJ8388<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant, being duly sworn, states:

On or about June 6, 2022, within the Southern District of California, defendant, Richard ZAMORA, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethly)-4-piperidiny] propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states this complaint is based on the attached Statement of Facts which is incorporated herein by reference.

JOSHUA RODRIGUEZ
Digitally signed by JOSHUA RODRIGUEZ
Date: 2022.06.07 05:51:23 -07'00'

Special Agent Joshua Rodriguez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of June, 2022.

*Allison H. Goddard*

HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Richard ZAMORA

## STATEMENT OF FACTS

This Complaint and Statement of Facts are based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Joshua Rodriguez.

On June 6, 2022, at approximately 10:00 a.m., Richard ZAMORA (ZAMORA), a United States Citizen, applied for entry via the vehicle primary lanes at the Calexico, California, West Port of Entry. ZAMORA was the registered owner and sole occupant of a gray 2014 Ford Focus (Ford).

At the primary inspection, a United States Customs and Border Protection Officer (CBPO) received a negative customs declaration from ZAMORA. The CBPO referred ZAMORA for a secondary inspection based on a computer-generated alert.

During the secondary inspection, a CBPO received a negative customs declaration from ZAMORA. The CBPO identified ZAMORA by his California Driver's License card. The CBPO reported that ZAMORA claimed to be the owner of the Ford and all items within the vehicle.

During the secondary inspection, the Ford was scanned by a vehicle x-ray scanning machine. A CBP officer noted anomalies in the vehicle's gas tank. A Canine Enforcement Officer (CEO) screened the vehicle with his assigned Human Narcotics Detection Dog (HNDD). The HNDD alerted to the presence of a controlled substance near the rear passenger seat compartment, which CBPOs documented as the area above the fuel tank.

A subsequent inspection of the vehicle revealed a total of 43 vacuumed-sealed packages within the gas tank. A CBP Officer field tested the packages, which revealed a positive result for the properties of fentanyl with a combined weight of approximately 24.48 kilograms (53.96 pounds).

ZAMORA was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960 for Importation of a Controlled Substance. ZAMORA was transported and booked into the GEO-El Centro Detention Facility.